IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAYTH MOHAMMAD AL-TURK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV74 |
| | ) | |
| V. | ) | |
| | ) | |
| UNIVERSITY OF NEBRASKA, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA COLLEGE OF LAW, SUSAN POSER, Dean of the University of Nebraska, College of Law, JOHN LENICH, Honor Code Prosecutor for the College of Law, BRIAN LEPARD, Individually, and CRAIG R. LAWSON, Honor Committee Chairperson, | ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Following the institution of this lawsuit, a personal matter arose last week involving one of my adult children and that matter causes me to recuse myself from this case. My son, a graduate of the University of Nebraska, is completing his post-doctoral studies in Australia in the field of biology. He is seeking positions with American universities. In that connection, last week, I wrote an official of the University of Nebraska requesting help in my son's job search. Although my motivation was innocent, I realized over the weekend that my contact with a party, while I was the judge assigned to this case, was improper. I apologize to the parties for my mistake.

    IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

    DATED this 8th day of April, 2013.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          Senior United States District Judge