IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| LAYTH MOHAMMAD AL-TURK,              )<br>                                      )<br>          Plaintiff,                 )<br>                                      )<br>     v.                               )<br>                                      )<br>UNIVERSITY OF NEBRASKA, BOARD         )<br>OF REGENTS OF THE UNIVERSITY          )<br>OF NEBRASKA, UNIVERSITY OF            )<br>NEBRASKA COLLEGE OF LAW,              )<br>SUSAN POSER, Dean of the              )<br>University of Nebraska College)<br>of Law, JOHN LENICH, Honor            )<br>Code Prosecutor for the               )<br>College of Law, BRIAN LEPARD,         )<br>Individually and CRAIG R.             )<br>LAWSON, Honor Committee               )<br>Chairperson,                          )<br>                                      )<br>          Defendants.                 )<br>_____)  | 8:13CV74<br><br><br><br><br><br><br>ORDER |

    After having been advised by counsel that the above matter has been resolved,

    IT IS ORDERED:

    1) The planning conference scheduled for April 18, 2013, is cancelled.

    2) The parties shall have until May 1, 2013, to submit settlement papers to the Court.

    DATED this 18th day of April, 2013.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court