IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| LAYTH MOHAMMAD AL-TURK, ) | |
| ) | |
| Plaintiff, ) | 8:13CV74 |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF NEBRASKA, BOARD ) | ORDER |
| OF REGENTS OF THE UNIVERSITY  ) | |
| OF NEBRASKA, UNIVERSITY OF    ) | |
| NEBRASKA COLLEGE OF LAW,      ) | |
| SUSAN POSER, Dean of the      ) | |
| University of Nebraska College) | |
| of Law, JOHN LENICH, Honor    ) | |
| Code Prosecutor for the       ) | |
| College of Law, BRIAN LEPARD, ) | |
| Individually and CRAIG R.     ) | |
| LAWSON, Honor Committee       ) | |
| Chairperson, ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court on the stipulated motion to dismiss (Filing No. 42). Through their respective counsel, the parties have informed the Court that they have reached a mutual settlement agreement and wish to have the matter dismissed with prejudice with each party to pay their own costs incurred. Accordingly,

IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice to the filing of a new action, and each party is responsible for their own costs incurred.

DATED this 26th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court